AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

AUSA: Michael El-Zein    Telephone: (313) 550-2922
Special Agent: Robert M. Westenberg Jr.    Telephone: (202) 510-6272

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All Funds on Deposit in Lending Club Bank Account ) Case No.
Number 115037363 as further described on Attachment A )
)

Case: 2:21-mc-51334
Judge: Berg, Terrence G.
Filed: 10-22-2021
IN RE: SEALED MATTER (SW)(MLW)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Northern__ District of __California__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All Funds on Deposit in Lending Club Bank Account Number 115037363 as further described on Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: *s/Michael Williams*

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __November 5, 2021__
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __the presiding United States Magistrate Judge on duty__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __October 22, 2021    4:28 pm__        _[signature]_
                                                              Judge's signature

City and state:   __Detroit, MI__        __Anthony P. Patti        U. S. Magistrate Judge__
                                                  Printed name and title

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 2:21-mc-51334 | Date and time warrant executed: <br> 10/25/2021 @ 12:20 pm | Copy of warrant and inventory left with: <br> CSC GLOBAL <br> 2900 WEST RD. SUITE 500 <br> E. LANSING, MI 48826 <br> c/o KRISTINA THOMPSON |
| Inventory made in the presence of: <br> DEBORAH F. WURTSMITH | | |
| Inventory of the property taken: <br><br> 1) LENDINGCLUB TREASURER'S CHECK <br> # 127118 <br> ($ 4,656,620.39) | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/10/2021

*Executing officer's signature*

SENIOR SPECIAL AGENT
*Printed name and title*

LendingClub
LendingClub Bank, N.A.

127118

5-7508/2110

PAY TO THE
ORDER OF *****UNITED STATES SECRET SERVICE*****

DATE 11/09/2021

$4,656,620.39

***FOUR MILLION SIX HUNDRED FIFTY SIX THOUSAND SIX HUNDRED TWENTY and 39/100***

LendingClub
Boston, MA

205-2022-002

TREASURER'S CHECK
VOID AFTER 180 DAYS

⑆127118⑆ ⑈211075086⑈ 016700001511⑈